Submitted on petition for review November 12, petition for review allowed; decision of Court of Appeals reversed and case remanded to the circuit court for further proceedings November 19, 1992

GUILLERMO HERNANDEZ,
*Petitioner on Review,*

*v.*

Manfred (Fred) MAASS,
Superintendent, Oregon State Penitentiary,
*Respondent on Review.*

(CC 90-C-10347; CA A73423; SC S39597)

840 P2d 707

Velda H. Rogers, Keizer, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the circuit court for further proceedings. *See Boone v. Wright,* 314 Or 135, 836 P2d 727 (1992) (holding that the 1989 amendment to ORS 138.510(2) does not apply to persons whose convictions became final before August 5, 1989).